UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

PHILIP DUGAS,

    Plaintiff,

vs.                                        No.    03:06-cv-139

PALM HARBOR HOMES, INC.,

    Defendant.

## ORDER OF VOLUNTARY DISMISSAL

Upon notice by the Plaintiff of a voluntary dismissal of the Complaint filed in this cause by the Plaintiff,

It is ORDERED and ADJUDGED that the Complaint filed in this cause is dismissed, without prejudice. Each party shall bear their respective costs and fees.

ENTER this the 21-st day of Dec., 2006.

_____
Judge

APPROVED FOR ENTRY:

_____
JOE R. JUDKINS (BPR No. 005548)
Attorney for Plaintiff

_____
CHRISTOPHER P. BUTLER (BPR No. 19059)
Attorney for Defendant